**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alysia D. McCay aka Alysia Dorsey<br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 24-21811 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
Brent Lemon
01 Aug 2024, 12:51:30, EDT

Denise Carlon, Esq. (317226) ☐
Brent Lemon, Esq. (86478) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com